# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Walter Lamont Williams**

Case Number: **2:22CR00091**

Name of Sentencing Judicial Officer: **Honorable Robert W. Warren**

Date of Original Sentence: **March 30, 1993**

Original Offense: **Conspiracy to Possess with Intent to Distribute in Excess of Five Kilograms of Cocaine, Conspiracy to Possess with Intent to Distribute Heroin, Possession with Intent to Distribute Heroin, and Use of a Firearm in Relation to a Drug Trafficking Crime**

Original Sentence: **600 Months prison, followed by 60 Months TSR.**

Date Supervision Commenced: **April 12, 2021**

Date Jurisdiction Transferred to District of Nevada: **May 4, 2022**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Defendant shall participate in a program of testing and residential or outpatient treatment for drug and alcohol abuse as directed by the probation officer until such time as they are released from the program by the probation officer.**

    A. On the following dates, Williams failed to report to drug testing:

    February 23, 2022

RE: Walter Lamont Williams

Prob12C
D/NV Form
Rev. March 2017

March 10, 2022

    B. On April 6, 2022, Williams failed to report to Freedom House for his outpatient substance abuse treatment evaluation.

2. **Refrain from use of any Controlled Substance** - **The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.**

On the following dates, Williams tested positive for marijuana:

-October 21, 2021
-December 20, 2021
-February 16, 2022
-February 19, 2022
-March 11, 2022
-March 15, 2022
-March 26, 2022
-April 1, 2022
-April 9, 2022
-April 16, 2022
-April 27, 2022

RE: Walter Lamont Williams

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **May 19, 2022**

Digitally signed by Annis Seopaul Sones
Date: 2022.05.19 16:10:40 -07'00'

Annis C. Seopaul Sones
United States Probation Officer

Approved:

Digitally signed by Todd Fredlund
Date: 2022.05.19 16:04:35 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer

---

*THE COURT ORDERS*

☐   No Action.
☒   The issuance of a warrant.
☐   The issuance of a summons.
☐   Other:

_____
Signature of Judicial Officer

May 20, 2022
Date

RE: Walter Lamont Williams

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. WALTER LAMONT WILLIAMS, 2:22CR00091

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### May 19, 2022

On March 30, 1993, Walter Williams was sentenced in the Eastern District of Wisconsin to 600 months imprisonment followed by five (5) years supervised release for committing the offenses of Conspiracy to Possess with Intent to Distribute in Excess of Five Kilograms of Cocaine, Conspiracy to Possess with Intent to Distribute Heroin, Possession with Intent to Distribute Heroin, and Use of a Firearm in Relation to a Drug Trafficking Crime.

On March 21, 2021, Mr. Williams was granted a Compassionate Release, under the provisions set forth in 18 USC section 3582(c)(1)(A), reducing his original sentence to Time Served. On April 12, 2021, Williams was released and commenced his supervised release in the Central District of California. Williams was residing with his sister, Inetta Jones, in Los Angeles, California. However, Mrs. Jones reported she only planned to support Williams temporarily until he was able to establish basic needs for himself.

On December 20, 2021, Williams' supervised release was transferred to the District of Nevada so that he could reside with his daughter, Walnesha Williams. On May 4, 2022, jurisdiction was transferred to the District of Nevada.

After the case was transferred to the District of Nevada, it was discovered that Williams tested positive for marijuana in the Central District of California on October 21, 2021. According to the Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender that was approved on December 15, 2021 by U.S. District Court Judge Brett H. Ludwig, the Court was notified of this positive drug test and it states that Williams was enrolled in outpatient substance abuse testing and treatment in addition to weekly outpatient cognitive behavioral group counseling.

Since Williams has been in the District of Nevada, he has continued his marijuana use. On December 20, 2021, when Williams reported to the Probation Office for his supervision intake, he tested positive for marijuana. Williams admitted to using marijuana. He was informed that he could not use marijuana. On January 12, 2022, the undersigned officer was scheduled to meet with Williams in the office. He called the office that morning and stated that he was in contact with his wife, who tested positive for COVID-19. Williams was instructed not to report to the office and to provide a negative COVID test before he could report to the office. The undersigned officer followed up with Williams and he never took a COVID test. On February 16, 2022, the undersigned officer met with Williams in the office. He tested positive for

RE: Walter Lamont Williams

Prob12C
D/NV Form
Rev. March 2017

marijuana. He admitted that on Superbowl Sunday, February 13, 2022, he "accidently" ate some marijuana edibles. He reported that he did not use any marijuana since he was instructed not to on December 20, 2021 and that February 13, 2022 was the first time he used since then.

Williams continued to be adamant that he has not used any marijuana since February 13, 2022. All tests have been confirmed positive by the Abbott Laboratory. To date, he has tested positive 11 times for marijuana. Additionally, he has failed to appear for drug testing on two occasions.

On March 31, 2022, the undersigned officer and Senior Probation Officer Bryce Stark attempted to conduct a home visit at Williams' residence. While standing outside the residence waiting for Williams' daughter to come to the door, officers could smell a very strong odor of marijuana coming from inside the residence. Williams was not home, and the undersigned asked why every time she comes to the residence, it smells of marijuana. She stated that she does not know. The undersigned asked where Williams was, and she stated that he hangs out all day with a friend that he knows from California. She reported that although he sleeps at the residence, he is never there during the day.

On April 4, 2022, the undersigned officer met with Williams in the Probation Office. The undersigned officer discussed his ongoing positive drug tests for marijuana. Williams continued to stick to his story that he last used on February 13, 2022. The undersigned advised that she requested an interpretation letter from Abbott laboratory, and it was confirmed that he has continued to use since February 13, 2022. Williams continued to stick with his story.

Due to Williams' ongoing drug use, lack of employment, and residing in a home where marijuana use was noticeable, the undersigned presented him with a Waiver of Hearing to Modify Conditions of Probation/Supervised Release (Prob 49) to modify his condition to include residing at the Residential Reentry Center (RRC) for up to 180 days and if he finds appropriate residence, then he may be able to leave RRC after 90 days. The undersigned officer explained to Williams that he can no longer reside with his daughter due to the marijuana use in the residence. Williams refused to sign the Prob 49 and stated that he wants to see the judge because it's just marijuana use. He stated that he was not placed at the RRC when released from prison and the undersigned explained that was because he was granted a compassionate release. The undersigned asked Williams if he is still planning on going to his treatment assessment on April 6, 2022. He responded in the affirmative.

On April 6, 2022, Williams failed to report to Freedom House for his outpatient substance abuse treatment evaluation.

RE: Walter Lamont Williams

Prob12C
D/NV Form
Rev. March 2017

On April 12, 2022, the undersigned officer conducted a home visit at Williams' residence. There was an odor of marijuana in the house once again. The undersigned officer asked Williams why the residence smells like marijuana every time the undersigned officer is there. Williams stated that his daughter has seizures and smokes marijuana for her seizures. The daughter came downstairs and stated that she does not smoke marijuana. The minor daughter in the residence stated that she and her friend had smoked in the house the day before.

Additionally, Williams has tested presumptive positive for marijuana on May 9, 2022 and May 17, 2022. The undersigned is awaiting confirmation from the laboratory.

To date, Williams has not submitted one negative drug test since transferring to the District of Nevada. He has refused to avail himself for his substance abuse treatment intake, and he has refused to reside at the Residential Reentry Center. He is also residing in a residence that is no longer considered suitable by the Probation Office. He is unemployed and the undersigned officer is unaware of how he spends his time.

The undersigned officer has attempted to speak to Williams and counsel him, explaining to him that he is not allowed to use marijuana while on supervision. Additionally, the undersigned officer has tried to get Williams to understand that he was granted a Compassionate Release by the Court and afforded the opportunity to be released early into the community and that by his continued use he is putting himself in jeopardy of potentially going back to prison. It appears that Williams is not amenable to supervision.

Pursuant to 18 § 3583 (g)(4), revocation is mandatory for testing positive for illegal controlled substances more than three (3) times over the course of (one) 1 year. As reflected in this petition, Williams has tested positive for an illegal controlled substance on 11 occasions in approximately seven (7) months.

The Probation Office respectfully requests the issuance of a Warrant for Williams to appear before Your Honor to show cause why supervision should not be revoked. Additionally, the Probation Office respectfully requests that Williams remain in custody while pending his revocation hearing.

Respectfully submitted,

*Annis C. Seopaul Sones*  Digitally signed by Annis Seopaul Sones
Date: 2022.05.19 16:11:10 -07'00'

Annis C. Seopaul Sones
United States Probation Officer

RE: Walter Lamont Williams

Prob12C
D/NV Form
Rev. March 2017

Approved:

_____ Digitally signed by Todd Fredlund
Date: 2022.05.19 16:04:52 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer