RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Walter Lamont Williams

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>WALTER LAMONT WILLIAMS,<br><br>               Defendant. | Case No. 2:22-CR-00091-APG-BNW<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Walter Lamont Williams, that the Revocation Hearing currently scheduled on June 8, 2022 at 2:30 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.     Defense counsel requires additional time to investigate the allegations in the Petition and prepare, if necessary, for the revocation hearing.

2.     Defense counsel needs additional time to discuss this case with Mr. Williams.

3.      Mr. Williams is out of custody and does not oppose the continuance.

4.      The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 7th day of June, 2022.

RENE L. VALLADARES                        JASON M. FRIERSON
Federal Public Defender                        United States Attorney


     */s/ Jacquelyn N. Witt*                          */s/ Edward G. Veronda*
By_____          By_____
JACQUELYN N. WITT                        EDWARD G. VERONDA
Assistant Federal Public Defender          Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-CR-00091-APG-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| WALTER LAMONT WILLIAMS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, June 8, 2022 at 2:30 p.m., be vacated and continued to August 3, 2022 at the hour of 1:30 p.m.in Las Vegas Courtroom 6C; or to a time and date convenient to the court.

DATED this 7th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE

3