RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Walter Lamont Williams

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER LAMONT WILLIAMS,<br><br>Defendant. | Case No. 2:22-CR-00091-APG-BNW<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Walter Lamont Williams, that the Revocation Hearing currently scheduled on August 3, 2022 at 1:30 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

   This Stipulation is entered into for the following reasons:

   1. Defense counsel has an evidentiary hearing scheduled for the same date and time as the revocation hearing in this matter.

2.     Defense counsel needs additional time to speak with Mr. Williams regarding this matter.

3.     Mr. Williams is out of custody and does not oppose the continuance.

4.     The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 28th day of July, 2022.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Jacquelyn N. Witt*<br>By_____<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | */s/ Edward G. Veronda*<br>By_____<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WALTER LAMONT WILLIAMS,<br><br>　　　　Defendant. | Case No. 2:22-CR-00091-APG-BNW<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, August 3, 2022 at 1:30 p.m., be vacated and continued to August 10, 2022 at the hour of 3:30 p.m. in Courtroom 6C; or to a time and date convenient to the court.

　　　DATED this 29th day of July, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3